MATTHEWS CLOTHING SHOP, INC., Respondent, v. BELL CLOTHING CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MARTHA NAPPI, Respondent, v. SYLVIA OVERMAN, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted to the further extent of striking out paragraphs " (b) " and " (f) " from notice of examination; the date for examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page and Merrell, JJ.

LENT & GRAFF COMPANY, Respondent, v. LOUIS SATENSTEIN, Individually and Trading under the Firm Name and Style of AMERICAN BOOK BINDERY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BRESLIN SHIRT COMPANY, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY OF BALTIMORE, MARYLAND, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MORRIS A. STERN, Respondent, v. WILLIE H. DEDERICK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Application of IRWIN WEINSTEIN, Appellant, for an Order of Mandamus against PHILIP BEROLZHEIMER, as Chamberlain of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HENRY WOODHOUSE, Appellant, v. NEW YORK EVENING POST, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRANK PFEFFER and Another, Respondents, v. HARTFORD LIFE INSURANCE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

PHILIP J. DUNN, as Receiver of the Property of CHARLES LASK, Appellant, v. CHARLES LASK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SCHINDLER, INC., Respondent, v. WASHINGTON COUNTY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

KATHRIAN L. KERN, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.